UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

KEVIN DWAYNE THERIOT,

       Plaintiff,

v.

UNKNOWN MAYO et al.,

       Defendants.
_____/

Case No. 2:19-cv-59

Honorable Paul L. Maloney

**ORDER DENYING LEAVE
TO PROCEED *IN FORMA PAUPERIS* - THREE STRIKES**

In accordance with the opinion entered this day,

**IT IS ORDERED** that Plaintiff is **DENIED** leave to proceed *in forma pauperis* because he has "three strikes" pursuant to 28 U.S.C. § 1915(g).

**IT IS ALSO ORDERED** that within twenty-eight (28) days hereof, Plaintiff shall pay the $400.00 filing fee to the Clerk of this Court. Plaintiff's failure to comply with this order will result in dismissal of this case without prejudice, and assessment of the $400.00 filing fee.

Dated:   March 13, 2019                             /s/ Paul L. Maloney
                                                                 Paul L. Maloney
                                                                 United States District Judge

**SEND REMITTANCES TO**:

314 Federal Building
202 W. Washington St.
P.O. Box 698
Marquette MI, 49855

**All checks or other forms of payment shall be payable to "Clerk, U.S. District Court."**